# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable David Herrera Urias

**CASE NO.** 25CV391      **DATE:** 4/25/2025

**TITLE:** *D. v. Noem et al.*

**COURTROOM CLERK:** Nava, A.      **COURT REPORTER:** S. Silva

**COURT IN SESSION:** 10:06 AM – 10:39 AM      **TOTAL TIME:** 33 MINUTES

**TYPE OF PROCEEDING:** MOTION FOR TEMPORARY RESTRAINING ORDER

**COURT RULING:**

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

Shayne Huffman                               Ruth Keegan

**PROCEEDINGS:**

10:06 AM: Court is in session. Counsel state appearance. Court proceeds with arguments on MOTION for Temporary Restraining Order [Doc. 2] and MEMORANDUM OF LAW IN SUPPORT OF MOTION for Temporary Restraining Order by K O D [Doc. 3].

10:19 AM: Counsel for Defendants proceeds with Response.

10:31 AM: Counsel for Defendants concludes.

10:32 AM: The Court will issue the Temporary Restraining Order as to MOTION for Temporary Restraining Order [Doc. 2] and MEMORANDUM OF LAW IN SUPPORT OF MOTION for Temporary Restraining Order by K O D [Doc. 3].

10:34 AM: The Court will set a hearing on a Preliminary Injunction within 14 days.

10:39 AM: The Court is in RECESS.