**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

K.O.D.,

Plaintiff,

v. No. 2:25-cv-391 DHU/GBW

KRISTI NOEM, Secretary of the Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement,

Defendants.

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Kristi Noem, Secretary of the Department of Homeland Security, and Todd Lyons, Acting Director of Immigration and Customs Enforcement, (collectively, the "Government") move the Court for an extension of time to file an answer. As grounds therefore, the Government states:

(1) The Government was served with the summons and Complaint for Declaratory and Injunctive Relief in this action on April 28, 2025.

(2) The answer or otherwise responsive pleading is due on June 27, 2025. Fed. R. Civ. P. 12(a)(2).

(3) The parties are negotiating the terms of a dismissal of this action. Should such an agreement be reached, the United States will not need to file an answer. However, the parties need a couple of weeks to determine whether such an agreement may be reached.

(4) If the parties are unable to reach an agreement, the United States will need additional time to prepare the answer.

(5) Plaintiff does not oppose this motion.

WHEREFORE, the United States requests the Court grant it an extension of time to answer or otherwise respond to the Complaint for Declaratory and Injunctive Relief until July 31, 2025.

Respectfully submitted,

**RYAN ELLISON**
United States Attorney

*/s/ Ruth F. Keegan 6/25/2025*
RUTH F. KEEGAN
Assistant United States Attorney
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274; Fax: (505) 346-7205
Ruth.f.keegan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2025, Defendants filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

*/s/ Ruth F. Keegan 6/25/2025*
RUTH F. KEEGAN
Assistant United States Attorney