**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

K.O.D.

Plaintiff,

v. No. 2:25-cv-391 DHU/GBW

KRISTI NOEM, Secretary of the Department of Homeland Security; and TODD LYONS, Acting Director of the Immigration and Customs Enforcement,

Defendants.

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), and subject to the foregoing, the parties stipulate to dismissal of this action.

1. The Student and Exchange Visitor Information System (SEVIS) record for Plaintiff in this case has been set back to "active" by the Student and Exchange Visitor Program (SEVP) within Homeland Security Investigations (HSI) at U.S. Immigration and Customs Enforcement (ICE), as documented in the attached Declaration of Andre Watson, Assistant Director, National Security Division, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, May 6, 2025 ¶¶ 4-8.

2. The reactivation of Plaintiff's SEVIS record shall be considered retroactive to the date of the initial termination, such that there is no gap or lapse in Plaintiff's SEVIS record. Watson Decl. ¶ 7. Although the event history in SEVIS will memorialize whatever modifications are made to the SEVIS account, the effect

of this retroactive activation is as though the termination did not happen. Defendant DHS will provide a letter to Plaintiff explaining that other federal agencies should treat the retroactive activation as though the termination did not happen. A copy of that letter has also been placed in Plaintiff's A-file.

3. To the extent Plaintiff is participating in Optional Practical Training (OPT), or Science, Technology, Engineering and Math (STEM) OPT, or Curricular Practical Training (CPT), any authorization end date for OPT, STEM OPT, or CPT has been reset to the end date set forth in the Plaintiff's SEVIS record before the termination. Watson Decl. ¶ 8.

4. Pursuant to INA § 221(i) [8 U.S.C. § 1201(i)], notice of a visa revocation must be communicated to the Department of Homeland Security. DHS has not received any communication from the Department of State that the visa of the Plaintiff in this action has been revoked.

5. ICE will not re-terminate the Plaintiff's SEVIS record based solely on the National Crime and Information Center (NCIC) records that led to the initial termination. *See* Watson Decl. ¶ 6. However, ICE maintains the authority to terminate a SEVIS record for other reasons, such as if a student fails to maintain his or her nonimmigrant status after the record is reactivated or engages in unlawful activity defined at 8 C.F.R. 214.1(g).

6. The termination and reactivation of Plaintiff's SEVIS record by SEVP, as set forth in Paragraph 1 of this Stipulation, will not, in itself, have a negative impact on the adjudication of any benefit request by United States Citizenship and

Immigration Services (USCIS). If, while adjudicating an immigration benefit request, USCIS finds that an F-1 nonimmigrant's SEVIS record was terminated and then reactivated by ICE, USCIS will continue processing the benefit request according to all applicable laws, regulations, policies, and procedures.

7. To the extent USCIS issues a request for evidence, notice of intent to deny, or denial based in whole or part on the termination and reactivation of Plaintiffs' SEVIS records, counsel for Defendants agree to cooperate with Plaintiff's counsel to ensure USCIS is aware of this Stipulation and its terms in connection with its consideration or reconsideration of Plaintiff's benefits request.

8. The parties stipulate to dismissal of this action with prejudice with each party to bear its own fees and costs.

Respectfully submitted,

**AMERICAN CIVIL LIBERTIES UNION OF NEW MEXICO**

*/s/ Rebecca Sheff 7/1/25*
Rebecca Sheff
Leon Howard
P.O. Box 566
Albuquerque, NM 87103
Phone: (505) 266-5915
rsheff@aclu-nm.org
lhoward@aclu-nm.org

-and-

**HUFFMAN WALLACE & MONAGLE LLC**

*/s/ Shayne C. Huffman 7/1/25*
Shayne C. Huffman
Jason T. Wallace

Levi A. Monagle
122 Wellesley Drive Southeast
Albuquerque, NM 87106
Phone: (505) 255-6300
shayne@hwm.law
jason@hwm.law
levi@hwm.law
Attorneys for K.O.B.

-and-

**RYAN ELLISON**
United States Attorney

*/s/ Ruth F. Keegan 7/2/2025*
RUTH F. KEEGAN
Assistant United States Attorney
201 3rd Street NW, Suite 900
Albuquerque, NM 87102
(505) 346-7274; Fax: (505) 346-7205
Ruth.f.keegan@usdoj.gov
Attorney for Defendants